**Exhibit A to the Complaint**

**Location:** Orchard Park, NY  
**Total Works Infringed:** 95

**IP Address:** 68.133.72.174  
**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: C695EDFA34BDA5089F0EC37C361E56A8C5CF5878<br>File Hash: DFB96246FAF43B88B6AA8D9ECE6BD4CF7DB5EFB3E416CA5A9C08219EDCA0C24B | 07/07/2020 00:57:43 | Blacked | 07/04/2020 | 07/20/2020 | PA0002248966 |
| 2 | Info Hash: DE59C5100B1D202279BE00C0B4A7D1F924FF279F<br>File Hash: 36E448F6C97F91973F67AADA03FDA7D48824A4996A7D91BE1C1D8E0684354549 | 07/07/2020 00:56:08 | Blacked Raw | 06/15/2020 | 07/17/2020 | PA0002248596 |
| 3 | Info Hash: 99DE2C6C8BAE0D991E3AC2307A6EBF4C85A96B36<br>File Hash: 94374D7397418B6284204976E460A79DCA0DA6C43EF9C778753003B17CC51BA7 | 07/04/2020 19:11:48 | Tushy | 07/20/2017 | 08/11/2017 | PA0002046869 |
| 4 | Info Hash: 99E5986F17A5689AB16EAECE61F26241754E1E36<br>File Hash: E50AD15BA001E80F6A5F2A343A7BD3BE9019010340A5E8D865AC9AFF8C5020AA | 06/12/2020 03:34:20 | Blacked | 06/06/2020 | 06/22/2020 | PA0002245636 |
| 5 | Info Hash: E11A1E9101E1B91DE9CE8EFBAE3ADF3B367EF862<br>File Hash: 497BACBB40344F2F603F96CB10AA606CA1AD9DEEEC152FF1A8960302C7B18C29 | 05/14/2020 05:14:53 | Blacked Raw | 05/04/2020 | 05/19/2020 | PA0002241475 |
| 6 | Info Hash: 062215626C7F3ABD8EAF39A7230075DD43CF13A7<br>File Hash: 7C0286924589063E7ED5B4F32A997B453151535C4F676F0D1E25A63F9E5C14FC | 05/14/2020 05:12:35 | Blacked Raw | 05/11/2020 | 06/08/2020 | PA0002243646 |
| 7 | Info Hash: FB957BE898DADD1186C0FBB70DB37E77ECE5DB1A<br>File Hash: CCAEE38FA77AF2583E0D24BB6FDDE76B89ED6A93A5DE0DA59C65887835A13ED7 | 05/01/2020 23:16:50 | Blacked Raw | 04/27/2020 | 05/19/2020 | PA0002241476 |
| 8 | Info Hash: E077458F7D906DB1BC69A9E02EF2C5B934934ADE<br>File Hash: E513279B7AF04260065807ABA00AA86A17B4AF7883D5C21CE38086F2B4D47408 | 04/25/2020 03:16:48 | Blacked Raw | 04/20/2020 | 05/19/2020 | PA0002241477 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: F9868546BBF9264CB4609B0C107CBE45ACA74091<br>File Hash: 6BF10EE11AF1973ADB109573502645CC2728A0B4627C4B292E438948214CDE5F | 04/15/2020 06:38:15 | Blacked Raw | 04/13/2020 | 04/22/2020 | PA0002237695 |
| 10 | Info Hash: F5E74DFA8F0DACDFF2F8FEB90B1F28741D3229D3<br>File Hash: F98EDDDABB567B72662D7BBAC00F6F9924942F00ACA8C9717BB49B2B7B69F2C2 | 04/08/2020 05:38:04 | Blacked Raw | 12/28/2019 | 01/27/2020 | PA0002223954 |
| 11 | Info Hash: 3A795F762E48F3490A1A35769681B4E693A16EF8<br>File Hash: 711BD277F568BC9137387D78BF536EDB7FC31801DCEEAC28EBFB03CB7BE1233B | 04/08/2020 05:37:56 | Blacked | 02/04/2020 | 02/20/2020 | PA0002229052 |
| 12 | Info Hash: 93AAF2A5136C1DBE3B04876F909708285951B7DE<br>File Hash: 6053070765FF2210313A4227847AA03208BA90A946C90EC83475B424F3D2A297 | 04/08/2020 05:05:49 | Blacked Raw | 10/04/2019 | 10/21/2019 | PA0002207780 |
| 13 | Info Hash: 6D18D8D6AD50DCA78F7E2A5DBAA4A6A0E29720F1<br>File Hash: A86D6186D5C7D68632514239B133785720065B345961017F1751F315C372C29F | 04/08/2020 05:02:17 | Blacked Raw | 04/06/2020 | 04/17/2020 | PA0002237306 |
| 14 | Info Hash: 0375A9CC6F696CF14E34696CAE9EF334733741E8<br>File Hash: 1C99FE6D021C575065CC1B5D4E76375B08A2CA860933F776EC1CBDB22FBC1D2D | 03/30/2020 01:47:28 | Blacked | 03/21/2020 | 04/15/2020 | PA0002246170 |
| 15 | Info Hash: A96E15624A7DC7EBC246B11E0E6C448D785EB836<br>File Hash: 5A0ADBA8C9A43A01DEC1C9FE51D16254C2448235709D089A01B227A6AF297A1E | 03/30/2020 00:52:28 | Blacked | 01/10/2020 | 02/04/2020 | PA0002225582 |
| 16 | Info Hash: 257415A30658282F03E3611F79BE13DD41CCECDB<br>File Hash: 1E3F16BABF44C3D877F5F71615A2810D183D3C885C6EFD308D4D620D14B603ED | 03/26/2020 07:14:58 | Blacked Raw | 03/12/2020 | 04/17/2020 | PA0002246106 |
| 17 | Info Hash: E7D4F7603C091CAE426C65CAAF81DA402162AA1D<br>File Hash: D2CDF8EC427473126A5F668A9854C9D13E01C4DDD3967609D3A974620A56D6C8 | 03/26/2020 07:10:51 | Blacked Raw | 03/07/2020 | 04/17/2020 | PA0002246118 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: 5FDB50D38B7A4EE718F49C46E28190F26D03E07B<br>File Hash: 441FA9E537D19688DB049A51D58EDD364682E9D3FBD3C3529773B8AB22DC325E | 03/24/2020 03:32:41 | Blacked Raw | 03/23/2020 | 04/17/2020 | PA0002246101 |
| 19 | Info Hash: 4B0E37EA68A211FEDF9426703AD13C1DAFEC931D<br>File Hash: 88AB89ED6E93E304E4487A91FAB7AD144FE63B811C769C6B278FC67FAF2CA874 | 03/15/2020 01:32:50 | Vixen | 07/18/2017 | 08/10/2017 | PA0002046875 |
| 20 | Info Hash: BCB070AC48D5B7CB17784105A5ADF8CDDF52CFE7<br>File Hash: FD2436897D8F23BA7264A85F795B90ABCB4451C1BBB5D0A52AFF49D79D0A3B9D | 03/06/2020 07:46:43 | Blacked Raw | 02/17/2020 | 04/17/2020 | PA0002246110 |
| 21 | Info Hash: 176A9D53B7E882D14A0CF97742B08723405F1F05<br>File Hash: 4950DF5F7E504B6285FD29028AB8D3C2F9914CE84B89E0AB8B4523D7D6003C0D | 03/06/2020 07:39:47 | Blacked | 07/24/2019 | 09/10/2019 | PA0002199414 |
| 22 | Info Hash: 549D81C2E31A1CB34CE19937D9D3CEE671D29A4C<br>File Hash: C8CCB78689D918D0D79665B3B33C13341BA46849EA640AFB43423CF912D9BAE6 | 02/22/2020 03:14:52 | Blacked | 02/19/2020 | 03/18/2020 | PA0002241617 |
| 23 | Info Hash: 8C8184DA5752D5951BB2C540E8D8191C6A89E794<br>File Hash: 0AF72A410E88F3E87463737B029C65B58580B0FA1B551B9595F2934E51433708 | 02/12/2020 04:11:59 | Tushy | 08/09/2017 | 08/17/2017 | PA0002077673 |
| 24 | Info Hash: 9FA895508F11C2A2842D4B9F6A8DF690ED9E3A58<br>File Hash: 5FC0C219F927271FCBF3B620677EF2AB2E1476D0438905DD4CC208CFA6433049 | 02/12/2020 01:08:47 | Tushy | 07/15/2017 | 08/11/2017 | PA0002075050 |
| 25 | Info Hash: 2920A44A5CF84C05A4A636E406A5E788E8569472<br>File Hash: 17FFECAAC0F10964DA1F92494A36CB3CA4EC3FFCA94328859303E4E99AD96856 | 02/12/2020 01:08:41 | Tushy | 10/03/2017 | 10/10/2017 | PA0002086147 |
| 26 | Info Hash: ED16FE852D6C7C071AA605882CB82EE95518BC6C<br>File Hash: 5B2417D8B2C21022C72A7D19DD76AB6917074BA1E98A0DC80F6A483554CDC000 | 02/10/2020 01:38:49 | Vixen | 08/22/2017 | 09/15/2017 | PA0002052852 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: 58C8CC4C6D275A90E6E166E42C91A2A219B5ECE3<br>File Hash: B9E75EDB90153900914C0E96F964F8927DBE7867DEEDE650AFDE99046F303947 | 12/29/2019 23:35:41 | Blacked Raw | 12/08/2019 | 12/17/2019 | PA0002217664 |
| 28 | Info Hash: 1E75D55B9CB9C6FA302F8713E147F1746FF6DD49<br>File Hash: 9F8D85F8891AEF72D27F0506C73DC451F1F040691A4BF7996BF82D318BEBF632 | 11/30/2019 23:27:39 | Blacked | 04/20/2017 | 06/15/2017 | PA0002037578 |
| 29 | Info Hash: 6CA8A9009A2A5C92F445BC0EFBD8437AE4F2B285<br>File Hash: 78ECF34E5D017B1E649559C7CCAC3B245A567BF72CA4C71A7BC30C92EBFE182A | 11/29/2019 03:51:23 | Vixen | 08/02/2017 | 08/17/2017 | PA0002077667 |
| 30 | Info Hash: E31F60BD5E91795F03011BF84A5C2B31E50C58B4<br>File Hash: 1F6E832562C625E9D1B7FCA3ADCD184EF958B9197E517F69D09FCBF8ACE88CEE | 11/28/2019 03:11:07 | Blacked | 10/27/2019 | 11/15/2019 | PA0002211841 |
| 31 | Info Hash: 7EC81FF45A10217A5BB8F179391B7426D0460D5C<br>File Hash: 98972659601A4C5D7D5EF686AA1C0D84BFE042D66745238864169DB7171806E3 | 11/28/2019 03:00:40 | Blacked | 05/20/2019 | 08/02/2019 | PA0002192291 |
| 32 | Info Hash: FC737FCE7A9548867EF99172A2951C431AA74E03<br>File Hash: B5E86EEBB2CF368BE09B3B094531A43227C492A789F82F0C087CAA730C2C7F61 | 11/28/2019 02:53:49 | Blacked | 10/22/2019 | 11/05/2019 | PA0002210294 |
| 33 | Info Hash: B606ABAA47476F9563F9F17086AF3C58F57D4960<br>File Hash: F950B702A847AF99FCD90A04BEA848594B121365C3E9ED0475DB8E58B03861B8 | 11/28/2019 02:49:24 | Blacked | 01/15/2019 | 02/02/2019 | PA0002155371 |
| 34 | Info Hash: 94A9D2E22A9B4ACF81A5EC69EE4DCA10983CAF23<br>File Hash: 8F6C453740B37D5E62E645F7B122857B20C711154CF03D4597B1C3C020D30F52 | 11/28/2019 02:48:14 | Blacked Raw | 08/20/2019 | 09/13/2019 | PA0002200701 |
| 35 | Info Hash: C66CB7D5D924FC8D5C68C719745BB62596B66AFD<br>File Hash: 031ACED7B2C24AB488358162A8C9D1CB410F3313AFF7A11A596876477EFD2BB9 | 11/28/2019 02:29:34 | Vixen | 11/20/2019 | 12/09/2019 | PA0002216255 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: DD065C9B8DCF3071EADAEED8B36DB6CE3BC6E1C2<br>File Hash: 2096C40EA05F080CC389D6A7F5A85DB469520649FB254E6A6F61D61F8EC57EE8 | 11/19/2019 11:58:32 | Tushy | 10/18/2017 | 11/30/2017 | PA0002098004 |
| 37 | Info Hash: C13BFB24841056D558D6EB7E7945CD0BDB9EBE34<br>File Hash: 5FD78F256D4A040801AB21A4D8B9B68DE755FA8085EE59920840EB738BCA9A86 | 11/19/2019 11:57:47 | Tushy | 07/30/2017 | 08/11/2017 | PA0002075051 |
| 38 | Info Hash: 9AA51D8E4D17DE4776C4D8B8B34AABC1574F32C3<br>File Hash: 882B9EB59027CB52F5EFCE4B03DDC07EAB5F27DEAFF708CB97C7D4315662947D | 11/19/2019 08:30:41 | Blacked Raw | 05/12/2018 | 05/24/2018 | PA0002101380 |
| 39 | Info Hash: 5EA20A4FA39B54664B08027B5A2C340DADA89FE6<br>File Hash: 688C75BD6AE1E1F511B371DCDFD583F968F22D3CA2DE3DFDA4C8A04F6DFA2AAA | 11/19/2019 08:30:28 | Blacked Raw | 07/01/2018 | 07/26/2018 | PA0002112161 |
| 40 | Info Hash: AF2EE74BC8BFA6659840ED876CC33D581D014576<br>File Hash: 6004086CA76676E5DC08A8CC53D5F34C7CF2F8A65B8493BEFC140960369275D3 | 11/19/2019 08:28:06 | Blacked Raw | 06/11/2018 | 07/09/2018 | PA0002109330 |
| 41 | Info Hash: 53D1DE440F17D6567F1067204E832ADE5FADE5CE<br>File Hash: CE413A76BF40C7AFD6A2FDC4D1E3C270F2A436264887410442A171CFA45D906B | 10/10/2019 00:38:15 | Blacked Raw | 06/26/2019 | 08/27/2019 | PA0002213245 |
| 42 | Info Hash: 91D09851BD74F9A6A82C17A5B4F9FA2B3C6877BC<br>File Hash: B537777134FFFE0A3C4ED930D7E2EE8EBA2DEEF32DA1B6AA08E0ABA59EC6D2FB | 10/09/2019 22:31:20 | Blacked | 08/03/2019 | 09/10/2019 | PA0002199412 |
| 43 | Info Hash: F7D307B9B96F1FDC726A34CF01F9DC4CB94542D8<br>File Hash: 54D86252CB9FC5C714BA6E0271E60760D17D8956E85FB9D8EC61D2C56E6A1E8E | 10/06/2019 00:53:07 | Vixen | 10/01/2019 | 10/21/2019 | PA0002207746 |
| 44 | Info Hash: 9A3064B3C7D25FC761A9AFCF5099B09AD70501D2<br>File Hash: 20DC3276F1F4E04D78F119CCF202BF16E6C05C38D7962C7365985924B05D9965 | 09/25/2019 00:23:29 | Blacked Raw | 09/24/2019 | 10/07/2019 | PA0002205464 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 45 | Info Hash: B4C5855280943B35ACF51860949CC88CB6BD20D2 File Hash: B42E962E35B65DA37D1CC22C1B037D11AB968135886096E843B7083B5F13C27F | 07/18/2019 11:29:04 | Blacked Raw | 03/13/2019 | 04/17/2019 | PA0002186977 |
| 46 | Info Hash: E1DB66EBF845A1F0B309BCA3BA1A3FD005B3C824 File Hash: 890ADF023663816E4207942C32FEC44CFE55E6EAC895F13BE7BF0C79A4BFA3E3 | 07/18/2019 08:17:54 | Blacked Raw | 11/28/2018 | 01/22/2019 | PA0002149836 |
| 47 | Info Hash: A91D573E65CEB8188D60ACF920CE82415F4C734E File Hash: B3FEB0336C9BEEA4B68AAAB160C8A6198A8C34B447C2779EDC94C480112D6D27 | 07/18/2019 03:57:14 | Blacked Raw | 07/16/2018 | 09/01/2018 | PA0002119681 |
| 48 | Info Hash: 3EBC1992B75271976622E73A0398FA88DE900BBC File Hash: 15391F82F59AB3AE5198B6BB612A522DE8F112119991854C18D3190A8E77E1D5 | 07/18/2019 03:52:42 | Blacked Raw | 01/02/2019 | 02/02/2019 | PA0002155379 |
| 49 | Info Hash: 23DF6E3ED9E784025EE9E3D92F99398BD2E8B8ED File Hash: 9012A0E6DD82050498A07B94A0472B5AA8F38E5E4657A6C0DD14F9C1BCE6F47F | 07/18/2019 03:52:38 | Blacked Raw | 10/19/2018 | 11/25/2018 | PA0002136715 |
| 50 | Info Hash: 5B572052C9A296723343DE7A4729D0BF70F74C1A File Hash: 7923E637913309224FE29E4EF4494EF008F7DAE8B48DEC5EF1C0C54705063CC4 | 07/18/2019 03:52:33 | Blacked Raw | 08/20/2018 | 09/05/2018 | PA0002135002 |
| 51 | Info Hash: 0A41B47B7538895B29BC1CFAB224F4D4BF2695B9 File Hash: 968E7163E7A14F61EE461FA5B5ECD73EA8B1B6ED31EBFB0C57BC8C555DC16AB6 | 07/01/2019 04:13:01 | Tushy | 02/10/2019 | 03/24/2019 | PA0002184028 |
| 52 | Info Hash: 7BC3A5DDE75583EB1A0C24240948E0FF5A44B379 File Hash: 1C38B52E2BB4A750ACB28BE2A53CD62CF8C70D24DD6094006475E11A3EA2DD65 | 06/30/2019 03:24:36 | Tushy | 06/05/2019 | 07/17/2019 | PA0002188310 |
| 53 | Info Hash: 77899E66E5BBEC506F66D8DEF010F12FA70E4051 File Hash: 75F6DAF3CDC0FE1DC0437BFE906A69471B248126667ED6D1FA5DD608C3107350 | 06/14/2019 00:10:58 | Tushy | 08/19/2018 | 09/05/2018 | PA0002134998 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 54 | Info Hash: 48FB3E6F1BC696182422933E82513BCF9FEAD50E<br>File Hash: CF78BD62C8C6C917CDD30EBD7830800E2C3FACBBB456B6F79A52F0AD2D6176D3 | 06/14/2019 00:10:20 | Tushy | 08/09/2018 | 09/05/2018 | PA0002135685 |
| 55 | Info Hash: C89FC062FB6CAC9D5D9450EC877F391E4FE9B9E9<br>File Hash: AF6F164834AEE5574A89B06153475EFA9D8E77A5F775B625CFE91A626564EAFA | 06/14/2019 00:07:23 | Vixen | 11/15/2018 | 12/10/2018 | PA0002145829 |
| 56 | Info Hash: 6AEB76990E4CF5B232CD2F7221CAFF4C16127F6B<br>File Hash: F88F74ABE0F04798E7A382F88BDC864D3DC8CE776C6564FF847F1A8B868123A0 | 06/14/2019 00:06:23 | Vixen | 11/30/2018 | 12/18/2018 | PA0002141918 |
| 57 | Info Hash: B0BD8522791507BF21518F763FBAE2D04009166C<br>File Hash: BE9399E4C9B8277D1C6EC110BE1D0AF0F6C50CDBD16E0A00ADD6C46AB999C6FC | 06/09/2019 03:27:50 | Blacked Raw | 09/04/2018 | 11/01/2018 | PA0002143430 |
| 58 | Info Hash: B67555B5BBD4DEE8736692AA216385FC56B9BD6A<br>File Hash: C22CEB3B08E0172B1A42D7759C99A7F3569C8F47DB6B26ED1CDCDF9758F224DD | 06/09/2019 03:19:44 | Blacked | 04/10/2019 | 05/11/2019 | PA0002173883 |
| 59 | Info Hash: A74AC0FBA9191CD29E1D6D78DD89A251AA0D42E6<br>File Hash: 92E18C1E32D03122DE9890F2449FDB74FE2B91D7C843BC1737BA0205566143CC | 06/09/2019 03:14:28 | Blacked | 12/21/2017 | 01/15/2018 | PA0002070941 |
| 60 | Info Hash: E56714E02E36F4B01772FE70F571E60E169C9B52<br>File Hash: C4373A4547334E3CAC7DE5246EBCE0726D4AE947C0EB19126181CB6BA10D9EFD | 06/09/2019 03:13:45 | Blacked | 06/29/2017 | 07/07/2017 | PA0002070821 |
| 61 | Info Hash: 58681BF2E4AC78A183B52559F4B668CD8711F309<br>File Hash: 87734D19304CE4765FCDBD1D3DD65FE8036DF137C7F0EB42EEF6FD792CB4F3D3 | 06/09/2019 03:10:33 | Blacked Raw | 06/26/2018 | 08/07/2018 | PA0002131867 |
| 62 | Info Hash: BA8456FBFEE76FC6475C04F55E7F4DF567C1A6AE<br>File Hash: F367A97E220F3D21C7AAE046FF166E516A996A15FD9242097D0A8937FE3E3EDB | 05/26/2019 05:46:13 | Vixen | 05/24/2019 | 07/17/2019 | PA0002188303 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 63 | Info Hash: 97D72EF918207B057716A7250623FD27471D7CDF<br>File Hash: 6C5359230EBB63CCED70A9217186FCB3B8D1F6D97597EB096CDD94AA7ED8F9C4 | 05/19/2019 23:04:58 | Blacked | 05/15/2019 | 07/05/2019 | PA0002206387 |
| 64 | Info Hash: 46BB176456B6FAED37E8E0F5601E6D803F4494CE<br>File Hash: A723898E3804C044A68C4BBB45FFFA9111A143DEE68C3BB8C37BFC93A08588B8 | 05/19/2019 22:31:17 | Blacked Raw | 05/17/2019 | 07/05/2019 | PA0002206002 |
| 65 | Info Hash: 6A3BE07313D1C03371ABCC46EAF6BFE12FE50820<br>File Hash: 620CE75BBCA068FD4939E55ED6508ACA1832F425A4A705AE45DF5AEB037FDC7F | 05/19/2019 22:26:00 | Blacked | 05/10/2019 | 07/05/2019 | PA0002206368 |
| 66 | Info Hash: 4E96D4139792D37B30547403FFB9B1AEF978D87D<br>File Hash: 8885F302ED0680935B2A0D55DDE6217B2AB7A942DC9779F626ABD5C8E00A5569 | 05/01/2019 00:42:44 | Blacked | 04/30/2019 | 06/03/2019 | PA0002178774 |
| 67 | Info Hash: 7035680CC98BA7F77B0F2DE9924C79CC9251C662<br>File Hash: 67FDD27C0A1D087C06AE64C1D56AC1CD71970D84BC88A8CD4BD4CE4CF47D6E4D | 04/27/2019 04:21:08 | Tushy | 04/26/2018 | 06/19/2018 | PA0002126639 |
| 68 | Info Hash: 7FC2376AF195D656357CA49CA7C2E5DA61E5892C<br>File Hash: 57EFDDCC84BB90300B266CB8C5126B1E02A467723FAFDCC22BF7F0CEAEF5511D | 04/11/2019 02:18:30 | Tushy | 01/11/2019 | 01/22/2019 | PA0002147904 |
| 69 | Info Hash: 2A5693E442DE849F4783532513C667909CF0FE25<br>File Hash: D6FD44F40812777AAAB4DFF6F4326E4B1912DF4399D741006808096CB04F3B56 | 04/11/2019 02:17:40 | Blacked | 03/31/2019 | 05/28/2019 | PA0002200773 |
| 70 | Info Hash: 1C6468C37B590546AAF3D81232CB73F69D4326A7<br>File Hash: B86306767F028D43871BE32C80027C14E1BA6C7C1C1DD22557A4FD3CA8A8D983 | 04/11/2019 02:16:37 | Blacked | 04/05/2019 | 04/29/2019 | PA0002169966 |
| 71 | Info Hash: 439ED623B71BE9715F162F356B226D6AE8FCB0C7<br>File Hash: 9BBEFB2DC431731F9B6D12974CE9A37B280A1E0ADD23A602C596A13DD7B4D315 | 03/28/2019 05:12:43 | Tushy | 03/02/2019 | 04/17/2019 | PA0002186902 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 72 | Info Hash: F267E36676E1A5B0D668F188251432C81956EEF5<br>File Hash: 527B6640E5888B4075FC9E1E0A976276CF9C7208B5A3D2E20FCE01084F387D0A | 03/23/2019 19:29:29 | Vixen | 08/07/2018 | 09/05/2018 | PA0002135684 |
| 73 | Info Hash: 40C2485130C03DAD265C298A71A46FB9E217E3FE<br>File Hash: AB4E43B2FBC733BA775DE1597F78DEC247B132CCF327E5E24A811F68DC03EB46 | 03/23/2019 19:29:20 | Vixen | 12/25/2018 | 01/22/2019 | PA0002147901 |
| 74 | Info Hash: 77A0ED0ABC3F55B87B5ACCF9B11D2CCA85D67F91<br>File Hash: 36499D2630D759156C8F7052AAF8D83CC8EC31B7230C0EC1F49C3D9ED493376F | 03/23/2019 19:29:04 | Blacked | 09/17/2018 | 10/16/2018 | PA0002127778 |
| 75 | Info Hash: 596C44D96263E1FC34D7A029A34A91A762B5C43C<br>File Hash: B78155DAEB51E0DBC31CBE2B98465728BEA91D0E3B2A07C694A2AAE45E04261D | 03/23/2019 05:54:28 | Blacked | 11/11/2018 | 11/25/2018 | PA0002136642 |
| 76 | Info Hash: 73EC58EBDC31656AED9B99B8F751507B9A099AA8<br>File Hash: 6B46D39CA50835DEA6EABFA6AB9FC6CAF0EC75BE72B4B78DC1B52ACB619A6FE3 | 03/23/2019 05:51:16 | Blacked Raw | 03/18/2019 | 04/08/2019 | PA0002164883 |
| 77 | Info Hash: 7102597014A0861E315C5C3EAF4029464000F421<br>File Hash: 4B0D7E3274D4BCBD0BB19F5154ECA7461C95B5B1B378DE3F00BCDEE1993C28EA | 03/23/2019 05:50:09 | Blacked Raw | 03/28/2018 | 04/12/2018 | PA0002091513 |
| 78 | Info Hash: 56A762DCDC56CD16A8FE775065D96FE0744E52D3<br>File Hash: AA485F0CBBB7C459195EFA82B54647B7C37921B6DF30BA0BB02145EA090E8A23 | 03/23/2019 05:45:35 | Blacked | 07/19/2018 | 09/05/2018 | PA0002135006 |
| 79 | Info Hash: 5A10B4B387F67F19E3B21027A4E72F82001F796F<br>File Hash: C14703C2EB8C6D6336FE640A4701E1EFD1D47B4E8E55B4730ED6BC34CC9DDE0A | 03/23/2019 05:44:05 | Blacked | 11/16/2018 | 11/25/2018 | PA0002136637 |
| 80 | Info Hash: 132E0782A298ADD3C5CDAA3B0AD3072B3E13BB95<br>File Hash: 3231991E7C90C5F8FC7DC7187D6C6C0E975A6E9A515B8E69BC82C5E47A95A2C4 | 02/28/2019 06:40:19 | Blacked Raw | 02/26/2019 | 03/31/2019 | PA0002163980 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 81 | Info Hash: 3CAF1C4FBEF4F2FCD74F2B6AE32F3D56F961D650<br>File Hash: 8EBAC3D4B550F3DABC83F5651F50C9B3080C40B059ED550BF15B306DF119089F | 02/25/2019 02:07:19 | Vixen | 10/26/2018 | 12/10/2018 | PA0002145824 |
| 82 | Info Hash: 9B687877CDE2F37E6FE6EE02DB2ECA7AC205810B<br>File Hash: 91ACAC91088A53244B940D06287FDBC0B9D23D0FB4C7E8C462B506055AEFBF6C | 02/25/2019 01:58:42 | Blacked | 12/20/2018 | 02/02/2019 | PA0002154970 |
| 83 | Info Hash: 11E38A8BEAC9988915C16FE2E4C1B5B5133FFF00<br>File Hash: 299F00EDC38A52ED8F057E19292454772B00C3EBE876ADA5A65FCF766870A8E4 | 02/25/2019 01:55:50 | Blacked | 02/09/2019 | 03/11/2019 | PA0002158599 |
| 84 | Info Hash: AAA5BB738BC454F753A34533BB0FA852538BCADE<br>File Hash: 8410FA823B6E14D0BE774CBF0E2AA74A2418BC043C5F0E427F31C3770EB8551A | 02/25/2019 01:53:50 | Blacked Raw | 02/06/2019 | 03/24/2019 | PA0002183207 |
| 85 | Info Hash: C198EA5A190F7A29B52B2ED7FBD30AD679CFDD4D<br>File Hash: C3BDC10D2BBEB0E7B4474B0A5B2361B58548E3A9F488D4C33AD1E495E891DEEA | 02/25/2019 01:46:49 | Blacked Raw | 08/05/2018 | 09/01/2018 | PA0002119682 |
| 86 | Info Hash: D5A09ECB87FF4F8BFED419CB46E530D68453CD1D<br>File Hash: CA492D310153FDE3DB32EFC6357006F65514948E31F5337B15B492C8ADD47ED6 | 02/25/2019 01:43:33 | Blacked Raw | 02/16/2019 | 03/11/2019 | PA0002158595 |
| 87 | Info Hash: FBE97F752A39748C277DEF8D02737F839685C1BE<br>File Hash: 67A325D81D1FA6A5D7A0DB840D7DFD7EC56F2582F804B550C67E44D2BB2B7329 | 01/28/2019 02:34:55 | Tushy | 07/25/2018 | 09/05/2018 | PA0002134601 |
| 88 | Info Hash: B0573BC9E3F7B2071A0A37979EDF040982C0639A<br>File Hash: 7CFF46BC54B66E96AD044BE68A40EE97A6C900CAB64E5875EFA3399E01D4D24A | 01/03/2019 01:29:54 | Blacked Raw | 12/28/2018 | 02/02/2019 | PA0002155006 |
| 89 | Info Hash: 5639D0BD6A67356FE64319FABF477DC0EE3D0ECC<br>File Hash: 3FF6EF3EFB7562769F6ADB891868458858AC8FC076B03511E21EF9B7BC28C6EB | 01/03/2019 01:25:54 | Blacked Raw | 12/20/2018 | 01/22/2019 | PA0002147906 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 90 | Info Hash: 1BD96A441CFD749BF919A54DCD60143D882D3CCB<br>File Hash: 178915F70EA2FEEABABD3CFB2162B99F1D0245C04245FC7DFF98A4C97112DBF2 | 01/03/2019 01:25:51 | Blacked Raw | 11/21/2018 | 12/18/2018 | PA0002141915 |
| 91 | Info Hash: 143DE72BE8BE01E170CDD178211D6F149A67B3D4<br>File Hash: 64CF7BD1539A21E0A92CC3D93C2CDB80E02395A657CD97D3E8B0355895943CA0 | 01/03/2019 01:24:29 | Blacked Raw | 11/18/2018 | 12/10/2018 | PA0002146476 |
| 92 | Info Hash: F7807B390059E6734EA89EF41DEDCD3006BEAA58<br>File Hash: 75F5D6017D5FCD7B098FFB444291EF9458CE1DCF950E56D94A6F24D3405F74CD | 01/03/2019 01:21:32 | Blacked Raw | 12/13/2018 | 02/02/2019 | PA0002154971 |
| 93 | Info Hash: C9F33CBBA97AD447098DDEBA78E24020D3938C10<br>File Hash: D251B62A82C8F59D740F9B3CB21B829B90D45CBE01F3BA6BF71F5438F3270448 | 01/03/2019 01:15:40 | Blacked | 12/31/2018 | 01/22/2019 | PA0002147686 |
| 94 | Info Hash: 315D6998E997E35BA990750436DC4FCC9A8D1E5D<br>File Hash: 0E37654E33ECDB734A7E5DB1FB6D985CE23524DD2A4333ACCB36D2C304E80345 | 01/03/2019 01:15:40 | Vixen | 12/20/2018 | 01/22/2019 | PA0002147683 |
| 95 | Info Hash: DF17D55D3FBFD060044323EA5017A499AFAB57BC<br>File Hash: 6E399015EBFD1D2FF7C9E8A3697D31F681011B05701625CC8973C60BBE141819 | 12/21/2018 01:05:19 | Tushy | 09/18/2018 | 10/16/2018 | PA0002127779 |